NACHMAN FIRESTONE, Respondent, *v.* REALTY ASSOCIATES, Appellant.

*Firestone* v. *Realty Associates,* 112 App. Div. 920, affirmed.
(Submitted October 11, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1906, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover a broker's commission for the sale of real estate.

*George D. Beattys* for appellant.

*Charles Melville Weeks* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: VANN, J.